B 210A (Form 210A) (12/09)


RECEIVED AND FILED

# UNITED STATES BANKRUPTCY COURT
District of Nevada

In re  Teresita Escolano Totten        ,        Case No.  09-26874

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Solace Financial, LLC | GMAC Mortgage LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
File/Box # 749414
Los Angeles, CA 90074-9414

Court Claim # (if known): 4-1
Amount of Claim: $35,757.93
Date Claim Filed: 10/16/2009

Phone: 888-765-2236 ext 8216
Last Four Digits of Acct #: 4545

Phone: 800-850-7622
Last Four Digits of Acct. #: 8773

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Renee' Wojciechowski, BK Facilitator        Date: 01/26/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.