# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–26874–lbr</u>

**Chapter 13**

In re: (Name of Debtor)
    TERESITA ESCOLANO TOTTEN           SOLACE FINANCIAL, LLC
    aka TERESITA BRINA                                FILE/BOX 749414
    aka TERESITA ESCALANO                      LOS ANGELES, CA 90074
    5032 CONDE COURT
    FREMONT, CA 94538

Social Security No.:
    xxx–xx–6151

## NOTICE OF ASSIGNMENT OF CLAIM AND PENDING ORDER THEREON

**YOU ARE HEREBY NOTIFIED** an Assignment of Claim has been filed in this case by the Assignor named above. Pursuant to Federal Rule of Bankruptcy Procedure 3001(e), you are hereby notified that unless you file your objection within 21 days following the date of this notice, the following Order will become effective without further action by the Court. Any objection filed must be set for hearing and notice sent to the U.S. Trustee, Trustee, creditors, and all parties in interest.

**IT IS ORDERED** that Solace Financial, LLC, Assignee, is hereby substituted for GMAC Mortgage LLC, Assignor, as a claimant against the estate herein, effective on the 22nd day hereafter, absent the filing of a timely objection.

I hereby certify that on this date a copy of the within notice was mailed to each of the parties named above. The Assignment of Claim may be viewed through the PACER (Public Access to Court Electronic Records) system.

Dated: 2/1/12                                              BY THE COURT

                                                             *Mary A. Schott*

                                                             Mary A. Schott
                                                             Clerk of the Bankruptcy Court