KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:  
TERESITA ESCOLANO TOTTEN

CASE NO: BKS-09-26874-ABL
CHAPTER 13

5032 CONDE COURT
FREMONT, CA 94538

NOTICE OF UNCLAIMED FUNDS

TO:   Clerk, United States Bankruptcy Court
From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| 4 | SOLACE FINANCIAL LLC<br>FILE/BOX #749414<br><br>LOS ANGELES, CA 90074-9414 | $0.00 | $12,097.91 |

Total: $12,097.91

**Kathleen A. Leavitt**

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: April 03, 2015

2015 APR 3 AM 9 32
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
RECEIVED

CC:   TERESITA ESCOLANO TOTTEN
      AARON & PATERNOSTER

NOTE:   Claims that are $25.00 or less go into CAS106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.

RECEIPT # 221579  $ 12,097.91