```
1   Name of Attorney ASSET RECOVERY TRUST
    Bar # _____
2   Address  P.O. Box 4296
             Costa Mesa, CA 92628
3   Phone #  714-546-8100
    e-mail address amelone@asset-recovery.net
4
5                   UNITED STATES BANKRUPTCY COURT
6                        DISTRICT OF NEVADA
7                            * * * * * *
8
    In re:                            )    Bankruptcy No.:  09-26874 ABL
9                                     )    Chapter  13
    TERESITA ESCALANO TOTTEN          )
10                                    )    MOTION TO WITHDRAW MONEY
                                      )    UNDER 28 U.S.C. SECTION 2042
11                                    )
                                      )    Hearing Date:
12                         Debtor(s). )    Hearing Time:
                                      )
13  _____
```

There was a dividend check in the amount $ 12,097.91 in the above- named case issued to SOLACE FINANCIAL LLC. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)

1  Please attach copies of any supporting documentation.[1]

2

3  Date: 4/15/15

4

5

6                                  _____
                                   Signature of Claimant or Attorney

7
                   AL MELONE, dba ASSET RECOVERY TRUST
8                  Printed Name
                   P.O. BOX 4296
9
                   COSTA MESA, CA 92628
10                 Mailing Address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2